IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOODY WOODROW TANKSLEY,

    Plaintiff,                                  No. CIV S-08-2278 GGH P

    vs.

WARDEN OF AVENAL STATE PRISON, et al.,

    Defendants.                             <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. Named as defendants are the Warden of Avenal State Prison and the Warden of Salinas Valley State Prison. Plaintiff alleges that after he appealed his criminal conviction, the California Court of Appeal, Fifth Appellate District, remanded the matter back to the Kern County Superior Court. Plaintiff alleges that the Kern County Superior Court then "did away" with his criminal conviction. Plaintiff claims that following these events, defendant Avenal Warden was supposed to release him from prison but instead sent plaintiff to Salinas Valley State Prison, where he is now imprisoned.

        Avenal State Prison is located in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule

1

3-120(d). Salinas Valley State Prison is located in Monterey County which is located in the Northern District. Because the gravamen of plaintiff's allegations occurred within the Fresno Division, the court orders this action transferred to Fresno.[1]

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: 10/24/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

tank.22

---

[1] In addition, if this action is construed as a habeas corpus action challenging a conviction from Kern County, then this action would properly be transferred to Fresno.